(62 App. Div. 542.)

ELLIS v. BAKER.

(Supreme Court, Appellate Division, Third Department. June 28, 1901.)

FALSE IMPRISONMENT—OFFICER—VENUE—PLACE OF ARREST.

Under Code Civ. Proc. § 983, providing that an action against a public
officer for an act done in virtue of his office must be tried in the county
where the cause of action, or some part thereof, arose. An action for
false imprisonment against a deputy sheriff of W. county was properly
brought in S. county, where plaintiff was arrested, though he was im-
prisoned in W. county, since part of the cause of action arose in S.
county.

Appeal from special term.

Action by Sampson Ellis against Charles Baker. From an order
changing the venue, plaintiff appeals. Reversed.

Argued before PARKER, P. J., and KELLOGG, EDWARDS,
SMITH, and CHASE, JJ.

James F. Swanick, for appellant.
George S. Raley, for respondent.

PER CURIAM. This is an appeal from an order granting motion
to change the place of trial from Saratoga county to Warren county,
on the ground that the latter is the proper county. The action was
for false imprisonment. From the papers used on the motion, there
is no doubt that the plaintiff was arrested in Saratoga county by the
defendant, who was deputy sheriff of Warren county, and was by him
carried therefrom to and imprisoned in the jail of Warren county.
As part of the cause of action, therefore, arose in Saratoga county,
the action was properly brought there (section 983, Code Civ. Proc.),
and the defendant was not entitled to a change of venue on the
ground on which motion was made.

Order reversed, with $10 costs and disbursements.